# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | | |
|---|---|---|
| MARK FINOCCHIARO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV421-365 |
| | ) | |
| JOHN DOE (#1-5), *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Plaintiff Mark Finocchiaro did not respond to Defendants Aviles-Robbins Truck Leasing, LLC, State National Insurance Company, and Kevin Dezurik's Motion for Partial Summary Judgment as to Punitive Damages, doc. 22, before his November 15, 2022 deadline to do so. *See* doc. 24 (Clerk's Notice). On November 22, 2022, he moved for an extension of his response deadline to November 24, 2022, explaining that he failed to timely file a response due to a calendaring error. Doc. 25 at 1-2. The deadline to respond to his extension request is December 6, 2022. *See* S.D. Ga. L. Civ. R. 7.5.

Plaintiff is **DIRECTED** to file his response to the Partial Summary Judgment as to Punitive Damages, doc. 22, no later than November 24,

2022.  The Court reserves ruling on his extension request, doc. 25, until all parties indicate whether they oppose the request, or until the deadline to oppose the request has run.

**SO ORDERED**, this 23rd day of November, 2022.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA