IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| MARK FINOCCHIARO, | |
| Plaintiff, | CIVIL ACTION NO.: 4:21-cv-365 |
| v. | |
| KEVIN DEZURIK; AVILES-ROBBINS TRUCK LEASING, LLC; STATE NATIONAL INSURANCE COMPANY; and XYZ CORPORATION (#1-20), | |
| Defendants. | |

**O R D E R**

On November 21, 2023, counsel for Plaintiff and counsel for Defendants advised the Court that the parties have reached a settlement of this matter and are waiting to sign an agreed-upon release agreement. (Doc. 39.) Accordingly, the Court **DIRECTS** the Clerk of Court to **ADMINISTRATIVELY CLOSE** this action. See Heape v. Flanagan, No. 6:07-CV-12, 2008 WL 2439736 (S.D. Ga. June 9, 2008). The Court additionally **CONTINUES** the Telephonic Trial Preparation Scheduling Conference, which is presently scheduled for December 6. In the event the settlement is not consummated, and the case is reopened, the Court will reschedule this conference and will set trial preparation deadlines at that time.

Within **forty-five (45) days** of the date this Order is entered, the parties—if they wish—may present a dismissal judgment, pursuant to Federal Rule of Civil Procedure 41(a)(2), incorporating the terms of their settlement, so the Court may retain jurisdiction to enforce the agreement. In the alternative, the parties may simply file a joint stipulation of dismissal. If the parties fail to file a dismissal (or, if necessary, move to reopen the case) within **forty-five (45) days**, the Court will *sua sponte* dismiss the case with prejudice. Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381–82 (1994).

**SO ORDERED**, this 27th day of November, 2023.

_____
R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA